## Attachment A

## PROPERTY TO BE SEARCHED

The property to be searched are four electronic devices that were seized during the execution of a search warrant at 26900 George Zeiger Drive # 327, Beachwood, Ohio, on April 9, 2015, more fully described as:

- One black Kyocera flip-style cellular telephone, model number S2151 Kona; FCC ID: V65S2151; DEC: 268435462509913472; HEX: A00000419744801412 ("**Device #1**");

- One black Kyocera flip-style cellular telephone, model number S2151 Kona; FCC ID: V65S2151; DEC: 268435462509465523; HEX: A0000041906EB31411 ("**Device #2**");

- One Samsung Tablet, model number SM-T520UD; FCC ID: A3LSMT520 ("**Device #3**"); and

- One Mac Book Pro, serial number W89485F67XJ ("**Device #4**")

These devices are currently in the possession of NOLETF in Cleveland, Ohio. This warrant authorizes the forensic examination of the devices for the purpose of identifying the electronically stored information described in Attachment B.